**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF ILLINOIS**
CASE NO.:

PRISCILLA RAINEY,

        Plaintiff,

vs.

JAYCEON TERRELL TAYLOR
a/k/a "THE GAME",

        Defendant.
_____/

**COMPLAINT AND DEMAND FOR JURY TRIAL**

Plaintiff, PRISCILLA RAINEY, by and through her undersigned attorneys, hereby files this Complaint and Demand for Jury Trial against JAYCEON TERRELL TAYLOR (a/k/a THE GAME), and states the following:

**INTRODUCTION**

1.      This is a lawsuit arising from a sexual battery committed by JAYCEON TERRELL TAYLOR (a/k/a THE GAME) upon PRISCILLA RAINEY while she was a contestant on a reality series "*She's Got Game*". Plaintiff is seeking more than Ten Million dollars ($10,000,000.00) in damages, including an award of punitive damages.

**JURISDICTION, VENUE AND PARTIES**

2.      Plaintiff, PRISCILLA RAINEY is an adult female. She is a citizen and resident of Palm Beach County, Florida.

3.      Defendant, JAYCEON TERRELL TAYLOR (a/k/a THE GAME) is an adult male. He is a citizen and resident of California. THE GAME is an internationally-known rap music artist.

1

**Farmer, Jaffe, Weissing, Edwards, Fistos & Lehrman, P.L.**
425 North Andrews Avenue, Suite 2, Fort Lauderdale, FL 33301
Phone: 954-524-2820   Fax: 954-524-2822

He is also the star and an Executive Producer of the reality series "*She's Got Game*" scheduled to begin airing on August 10, 2015.

4. This Court has subject matter jurisdiction of this action pursuant to 28 U.S.C. §1332(a) in that the amount in controversy in this claim exceeds $75,000, exclusive of interest and costs, and is between citizens of different states.

5. Venue is proper in this District pursuant to 28 U.S.C. §1391 in that a substantial part of the events and omissions giving rise to the claim occurred in this District.

## FACTUAL ALLEGATIONS

6. In or about February 2015, Plaintiff was cast to appear on a VH1 reality show starring The Game.

7. In approximately May 2015, "She's Got Game" was filmed in various locations throughout the United States.

8. On approximately May 22, 2015, while "She's Got Game" was being filmed in the Chicago-area, THE GAME, unbeknownst to Plaintiff, conspired with show producers to take Plaintiff from her hotel room on an after-hours date. Initially, Plaintiff was led to believe this outing was part of the show. Plaintiff was further led to believe that it was mandatory that she go out that night with THE GAME.

9. THE GAME took Plaintiff to Adrianna's Sportsbar in Markham, Illinois. While at Adrianna's Sportsbar, THE GAME was out of control, highly intoxicated on alcohol and drugs (which was typical), and sexually assaulted Plaintiff on several occasions that night. This included him forcefully reaching his hand inside her dress to rub her bare vagina and buttocks.

**Farmer, Jaffe, Weissing, Edwards, Fistos & Lehrman, P.L.**
425 North Andrews Avenue, Suite 2, Fort Lauderdale, FL 33301
Phone: 954-524-2820   Fax: 954-524-2822

## COUNT I - BATTERY

10.     Plaintiff repeats and re-alleges the allegations set forth in paragraphs 1 through 9 above.

11.     THE GAME  intentionally engaged in unlawful sexual contact, including grabbing Plaintiff's vaginal area and buttocks underneath her clothing without her consent or permission.

12.     These actions were undertaken by THE GAME for his own sexual gratification and for the purposes of degrading Plaintiff.  The touches described herein were uninvited and offensive to Plaintiff.

13.     THE GAME's sexual contacts with Plaintiff were intentional and harmful.

14.     As a direct and proximate result of THE GAME's sexual assault of Plaintiff, she has suffered physical, psychological and emotional damages.

WHEREFORE, Plaintiff, PRISCILLA RAINEY demands judgment against Defendant JAYCEON TERRELL TAYLOR for compensatory damages, punitive damages, and costs, and such other and further relief as this Court deems just and proper.

## JURY TRIAL DEMAND

Plaintiff demands a trial by jury on all issues so triable as a matter of right.

Dated:  August 5, 2015                                    Respectfully submitted,

/s/ Steven R. Jaffe
Steven R. Jaffe (Fla. Bar No. 390770)
E-mail: steve@pathtojustice.com
Bradley J. Edwards (Fla. Bar No. 542075)*
E-mail: brad@pathtojustice.com
Adam D. Horowitz (Fla. Bar No. 376980)*
E-mail: adam@pathtojustice.com
FARMER, JAFFE, WEISSING,
EDWARDS, FISTOS & LEHRMAN, P.L.

3

**Farmer, Jaffe, Weissing, Edwards, Fistos & Lehrman, P.L.**
425 North Andrews Avenue, Suite 2, Fort Lauderdale, FL 33301
Phone: 954-524-2820   Fax: 954-524-2822

425 N. Andrews Ave., Suite 2
Fort Lauderdale, Florida 33301
Telephone: (954) 524-2820
Facsimile: (954) 524-2822

*Attorneys for Plaintiff*

*\*Pro Hac Vice to be filed.*

4